ACCEPTED
14-15-00406-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 12:52:19 PM
CHRISTOPHER PRINE
CLERK

CASE NO. 14-15-00406-CR
IN THE COURT OF APPEALS
FOR THE
14TH JUDICIAL DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 12:52:19 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| JULIE GAYLENE LOMBARDO | § | APPELLANT |
| | § | |
| | § | |
| V. | § | |
| | § | |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | APPELLEE |

## DOCKETING STATEMENT

Appellant Julie Gaylene Lombardo files this docketing statement pursuant to Texas Rules of Appellate procedure. *See* Tex. R. App. P. 32.2.

1. The Appellant has retained the following attorney:

   **Robert A. Scardino**
   **Scardino & Fazel**
   **Texas Bar No. 17719500**
   **1004 Congress, 3rd Floor**
   **Houston, Texas 77002**

2. The Appellant is represented by the attorney noted in paragraph 1.

3. Notice of appeal was filed on April 24, 2015 with the District Clerks office Harris County Texas.

4. The case was assigned to the 178h Criminal District Court of Harris County. The presiding District Judge was the Honorable David Mendoza.

5. The Appellant was sentenced on April 24, 2015 to a term of 3 years incarceration at the Texas Department of Corrections, a Motion to Motion for New Trial was filed on May 21,

1

2015. The District Court signed an order overruling the motion for new trial by operation of law on August 5, 2015.

6. The Appellant was charged with Aggregate theft over $200,000.00.

7. The Appellant entered a plea of "guilty" after commencing a jury trial and was placed on probation by agreement of the parties.

8. The Appellant plead guilty pursuant to a plea bargain agreement.

9. The Appellant was sentenced to ten years incarceration at the Texas Depart of Corrections probated for 10 years.

10. The Appellant is appealing sentence of 3 years incarceration sentence after a motion to revoke probation was granted.

11. This appeal does not involve the validity of a statute, ordinance or rule.

12. A request will be made for the court reporter's record. The record was not electronically recorded.

13. The court reporters in this case were Tammy L. Adams, CSR and Lindsay Arrendondo, CSR.

14. There were no motions or affidavits of indigence filed in this matter.

Respectfully submitted,
SCARDINO & FAZEL

Robert A. Scardino
Sweeney, Coombs & Fredericks Bldg.
1004 Congress St., 3rd Floor
Houston, Texas 77002
713-229-9292 Telephone
713-229-9931 Facsimile
State Bar No. 17719500